UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-61383-BLOOM/Valle

PAMELA TITUS,

    Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 21, 2020, this Court accepted transfer of Case Number 20-cv-61397-CIV-MORENO, due to the overlapping issues between that case and the instant action, and ordered that the incoming case bear the case number 20-cv-61397-BLOOM. Upon review of the two cases, the Court concludes that consolidation is appropriate here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Case Number 20-cv-61397-BLOOM is **CONSOLIDATED** with Case Number 20-cv-61383-BLOOM.

2. The Clerk of Court is directed to **CLOSE** Case Number 20-cv-61397-BLOOM. **All future filings** shall be made in Case Number 20-cv-61383-BLOOM. The parties are also required to comply with **all deadlines** established by this Court in 20-cv-61383-BLOOM.

Case No. 20-cv-61383-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 22, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record